# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joseph R. Reid, Jr.,

      Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        3:06-cv-155-3-MU

Marvin L. Polk,

      Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 11, 2006 Order.

**Signed: April 11, 2006**

*Frank G. Johns, Clerk*
United States District Court